Certificate Number: 16339-PAE-DE-037996280

Bankruptcy Case Number: 19-16923



16339-PAE-DE-037996280

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 5, 2023</u>, at <u>6:12</u> o'clock <u>PM EST</u>, <u>Donna Smith</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 5, 2023</u>          By:   <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>