IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DONNA M. SMITH<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-16923-MDC |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    DONNA M. SMITH
    2425 ARCOLA STREET
    PHILADELPHIA, PA  19153

B. and by electronic service only:

Creditor

    U.S. DEPARTMENT OF HUD
    2401 NW 23RD. STREET, SUITE 1A1
    OKLAHOMA CITY, OK  73107

Debtor's Attorney

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated:  2/27/2024

/s/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee