IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DONNA M. SMITH

**Debtor**

CHAPTER 13

BANKRUPTCY NO. 19-16923-MDC

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

DONNA M. SMITH
2425 ARCOLA STREET
PHILADELPHIA, PA  19153

B. and by electronic service only:

Creditor

SPECIALIZED LOAN SERVICING LLC
6200 S. QUEBEC STREET
STE 300
GREENWOOD VILLAGE.,, CO  80111

Debtor's Attorney

MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA  19102

Dated: 2/27/2024

/s/ Kenneth E.West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee