IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DONNA M. SMITH<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-16923-MDC |

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

> DONNA M. SMITH
> 2425 ARCOLA STREET
> PHILADELPHIA, PA 19153

B. and by electronic service only:

Creditor

> SANTANDER BANK NA
> 1 CORPORATE DRIVE, SUITE 360
> LAKE ZURICH, IL 60047-8945

Debtor's Attorney

> MICHAEL A. CIBIK, ESQ.
> 1500 WALNUT STREET
> SUITE 900
> PHILADELPHIA, PA 19102

Dated: 2/27/2024

/s/ Kenneth E.West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee