United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16923-mdc |
| Donna M. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: 226 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna M. Smith, 2425 Arcola Street, Philadelphia, PA 19153-1304 |
| 14419989 | | Bernstein Law Firm, Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14420005 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14420009 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14648990 | + | SANTANDER BANK, N.A., C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14420705 | | Santander Bank, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14649178 | + | Santander Bank, NA, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14420010 | | State Farm Bank, One State Farm Plaza, #E6, Bloomington, IL 61701 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 12 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 12 2024 00:13:00 | FirstKey Master Funding 2021-A Collateral Trust, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| cr | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 12 2024 00:13:00 | State Farm Bank, FSB, Attn: BCC BANKRUPTCY, P.O. BOX 2328, BLOOMINGTON, IL 61702-2328 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 12 2024 00:13:00 | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14448930 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2024 00:24:46 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14419995 | | Email/Text: megan.harper@phila.gov | Mar 12 2024 00:13:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14419997 | | Email/Text: megan.harper@phila.gov | Mar 12 2024 00:13:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14477479 | | Email/Text: megan.harper@phila.gov | Mar 12 2024 00:13:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14419990 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2024 00:24:48 | Capital One, Attn: Bankruptcy, PO Box 30285, |

Case 19-16923-mdc    Doc 84    Filed 03/13/24    Entered 03/14/24 00:32:25    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: 226 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14419991 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 12 2024 00:24:56 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14419034 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2024 00:38:14 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio, Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14418952 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2024 00:25:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14434516 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2024 00:25:07 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14419992 | + | Email/Text: ecf@ccpclaw.com | Mar 12 2024 00:13:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14419994 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2024 00:25:10 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14449944 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2024 00:24:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14419996 | + | Email/Text: bankruptcy@philapark.org | Mar 12 2024 00:13:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14419998 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2024 00:13:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14419999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2024 00:13:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14420000 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2024 00:24:54 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14420001 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 12 2024 00:13:00 | Dmi/santander Bank Na, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 14447108 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 12 2024 00:13:00 | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH IL 60047-8945 |
| 14429665 | | Email/Text: mrdiscen@discover.com | Mar 12 2024 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14420002 | | Email/Text: bankruptcycourts@equifax.com | Mar 12 2024 00:13:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14420003 | ^ | MEBN | Mar 12 2024 00:09:42 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14420004 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 12 2024 00:13:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14421911 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 12 2024 00:13:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14449402 | ^ | MEBN | Mar 12 2024 00:09:43 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14420006 | ^ | MEBN | Mar 12 2024 00:09:51 | Penn Medicine, Patient Pay, PO BOX 824406, Philadelphia PA 19182-4406 |
| 14420007 | + | Email/Text: CollectionsDept@PFCU.COM | Mar 12 2024 00:13:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14420008 | + | Email/Text: bankruptcy@philapark.org | Mar 12 2024 00:13:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14579586 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 12 2024 00:13:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

Case 19-16923-mdc  Doc 84  Filed 03/13/24  Entered 03/14/24 00:32:25  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: 226 | Total Noticed: 44 |

| 14420011 | | Email/Text: DASPUBREC@transunion.com | | |
| --- | --- | --- | --- | --- |
| | | | Mar 12 2024 00:13:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14418082 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Mar 12 2024 00:25:08 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 3380-3380 |
| 14420012 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Mar 12 2024 00:13:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14482021 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14419993 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14666125 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Donna M. Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: 226 | Total Noticed: 44 |

MICHAEL I. ASSAD
    on behalf of Debtor Donna M. Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEPHEN R. STARKS
    on behalf of Creditor Santander Bank  N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com

THOMAS SONG
    on behalf of Creditor Santander Bank  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 13

Donna M. Smith                                                         : Bankruptcy 19−16923−mdc

**NOTICE**

To the debtors, debtors' counsel, trustee, all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Chapter 12 Trustee, has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1228(f) must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    The Gateway Building, Suite 103
    200 Penn Street,
    Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                              For the Court

Date: 3/11/24                                                          Timothy B. McGrath
                                                        Clerk of Court